**Motion Granted and Abatement Order filed December 13, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00600-CR
_____

**RICHARD RYAN BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 355th District Court
Hood County, Texas
Trial Court Cause No. CR11033**

---

### ABATEMENT ORDER

This appeal is from an adjudication of guilt. The clerk's record reflects appellant filed a "MOTION TO QUASH AND EXCEPTION TO SUBSTANCE OF MOTION TO REVOKE PROBATION." The motion was denied in writing, and orally at the hearing on the motion to revoke. The trial court found both allegations in the motion to revoke true and at the end of the hearing, instructed the State to draft proposed findings of fact and conclusions of law. No findings of fact and conclusions of law were filed. Appellant filed a motion to abate. The motion is GRANTED.

The record does not reflect the basis for denying appellant's motion or the factual basis for the findings of true. *See Reasor v. State*, 281 S.W.3d 129 (Tex. App. -- San Antonio 2009, pet. ref'd). Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion and the grounds for revocation and have a supplemental clerk's record containing those findings filed with the clerk of this Court on or before **January 14, 2012**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM